IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| PNC EQUIPMENT FINANCE, LLC | § § | CIVIL ACTION NO. 6:14cv806 |
| v. | § § | |
| JOSEPH CARAGOL, *et al*. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (docket no. 30), filed on March 13, 2015, recommends that Plaintiff's Motion for Entry of Default Judgment Against Defendant Port Arthur Renaissance GP, LLC (docket no. 28) be granted. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is

**ORDERED** that Plaintiff's Motion for Entry of Default Judgment Against Defendant Port Arthur Renaissance GP, LLC (docket no. 28) is **GRANTED**. The default judgment will be filed separately. Any motion not previously ruled on is **DENIED**.

**It is SO ORDERED.**

**SIGNED this 6th day of April, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE